**Order filed February 7, 2022**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-22-00068-CV
_____

### IN THE INTEREST OF B.H. AND J.H., CHILDREN

**On Appeal from the 312th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2015-77550**

## ORDER

Before this court is an emergency motion filed by appellant to stay the trial court's order of January 16, 2022 unsealing trial court documents and also to issue a temporary order sealing trial court documents. After considering the motion, this court hereby temporarily stays the trial court's order pending resolution of appellant's motion. Appellee is directed to file a response to the motion within **7 days** of the date of this order.

PER CURIAM

Panel Consists of Chief Justice Christopher and Justices Jewell and Zimmerer.